# IN THE SUPREME COURT OF THE STATE OF NEVADA

EUGENE ALBERT MAUWEE, SR.,
        Appellant,
vs.
THE STATE OF NEVADA,
        Respondent.

No. 69733

FILED

AUG 1 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK




## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to correct illegal sentence. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

On April 12, 2016, this court entered an order directing appellant's personal representative, if any, to file a motion for substitution with this court pursuant to NRAP 43 within 90 days, if he or she wishes this appeal to proceed. *See Brass v. State*, 129 Nev. Adv. Op. 53, 306 P.3d 393 (2013); *see also Walker v. Burkham*, 68 Nev. 250, 253-54, 229 P.2d 158, 160 (1951) ("[u]pon the death of a party...the [action] cannot proceed until someone is substituted for the decedent..."). To date, no personal representative has filed a motion for substitution. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-24713

cc: Hon. Connie J. Steinheimer, District Judge
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A